# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV10-02283 MMM (SHx) |
| Date | January 20, 2011 |

Title   *English v. Union Adj. Co., Inc.*

Present: The Honorable   MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

None appearing                                              None appearing

**Proceedings:**   Telephone Conference [Not Held]; Order To Show Cause Re Dismissal of Action

Under Rule 41(b) of the Federal Rules of Civil Procedure, the court may dismiss an action without prejudice where a plaintiff has failed to "prosecute or to comply with [the Federal Rules of Civil Procedure] or any order of the court."  On January 6, 2011, the court issued an order scheduling a telephonic status conference with counsel for January 20, 2011 at 5:15 p.m.  The order directed plaintiff's counsel to initiate the call with counsel for defendant and the court on the line. Plaintiff's counsel did not initiate the call, and could not be reached when the court tried to contact him.

The court therefore directs plaintiff to show cause in writing on or before **January 31, 2011** why this action should not be dismissed for lack of prosecution and failure to follow court orders.